# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG,**  <br>        Plaintiff, | **CIVIL ACTION** |
| v. | |
| **OX CAR CARE, INC., MIKE MARDARESCO, GIAVONNA HUNT AND DOES 1 THROUGH 100,,**  <br>        Defendants. | **NO.  19-3224** |

## O R D E R

**AND NOW**, this 2nd  day of August, 2019, upon consideration of Pro Se Plaintiff's Motion for Permission to Use ECF/E-Filing (ECF #3) **IT IS HEREBY ORDERED** that said Motion is **GRANTED**.

                                             **BY THE COURT:**

                                             /s/Wendy Beetlestone, J.

                                             _____

                                             **WENDY BEETLESTONE, J.**